partment. May 8, 1901.) Action by Rosa A. Coon against Alfred Avard. No opinion. Judgment unanimously affirmed, with costs.

COONLEY, Respondent, v. CANTWELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by Daniel S. Coonley against Margaret Cantwell. No opinion. Judgment and order affirmed, with costs.

COOPER, Appellant, v. COOPER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by John J. Cooper against Amelia Cooper and others. L. Cohen, for appellant. F. Bien, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

CORCORAN, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) Action by James E. Corcoran against the New York, New Haven & Hartford Railroad Company. No opinion. Motion for reargument denied.

CORTLAND HOME TEL. CO., Appellant, v. HUNTINGTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by the Cortland Home Telephone Company against William R. Huntington, as executor, etc., and others. No opinion. Motion to dismiss appeal denied, with $10 costs.

CORTLAND HOME TEL. CO. v. HUNTINGTON et al. (Supreme Court, Appellate Division, Third Department. May 21, 1901.) Action by the Cortland Home Telephone Company against William R. Huntington, as sole executor of William R. Randall, deceased, and others, to condemn a right to erect telephone poles over defendant's lands in the highway. From an order dismissing the action, plaintiff appeals. Reversed. Bronson & Davis (Rowland L. Davis, of counsel), for appellant. J. & T. E. Courtney (O. U. Kellogg, of counsel), for respondents.

PARKER, P. J. We are of the opinion that no reason appears from the record before us why the issues raised by the answer to the petition in this case should not have been either tried by the court or sent to a referee for trial, as required by section 3367 of the Code of Civil Procedure. There is no attempt by this petition to condemn the fee in the land described. It is simply the easement or right to erect and maintain its poles over the strip of land described that is sought, and "the property to be condemned" is, we think, sufficiently described. The petition seems to substantially comply with the requirements of section 3360 of the Code, and the petitioner was entitled to a trial thereon. Whether further proceedings in the action enjoining the petitioner from erecting its poles, which is referred to in such petition, should be stayed or not, is a matter in the discretion of the court at special term, and we are not called upon to express any opinion thereon. The order is reversed, with $10 costs and disburse-

70 N.Y.S.—72

ments, and the appellant may apply at special term, on notice, for a trial of the issues or for a reference of the same.

COTTLE et al., Respondents, v. CARY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by Octavius O. Cottle and another against Walter Cary and Thomas Cary. No opinion. Motion for reargument denied, with $10 costs. See 70 N. Y. Supp. 129.

In re CRAMER. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) In the matter of the judicial settlement of the accounts of Emma E. Cramer as general guardian of Grace E. Cramer, deceased. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified and filed with the clerk.

CRUIKSHANK, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by William J. Cruikshank against the Press Publishing Company. No opinion. Motion for leave to appeal to the court of appeals denied.

CURRY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Brigetta A. Curry against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DAHL, Respondent, v. ALLEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Charles Dahl against Henry C. Allen and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event. Held, that the measure of damages adopted by the trial court was incorrect, within the rule laid down by this court in the case of Dunn v. Allen, 55 App. Div. 637, 67 N. Y. Supp. 218.

DECKER, Appellant, v. DECKER, Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by Alonzo T. Decker against Sarah J. Decker. No opinion. Judgment unanimously affirmed, with costs.

DECKER, Respondent, v. ERIE R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by John S. Decker against the Erie Railroad Company, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

DELAFIELD et al. v. J. K. ARMSBY CO. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Richard Delafield and others against the J. K. Armsby Company. No opinion. Motion for reargument granted. See 68 N. Y. Supp. 998.